ODD FELLOWS OAKRIDGE CEMETERY ASSO-
CIATION ET AL. *v.* OAKRIDGE CEMETERY
CORP. ET AL.

No. 98.   Decided October 13, 1958.*

*Raymond Harkrider* for appellants, and *John J. Enright* for the Pipefitters Association Local Union 597—U. A., appellant.

*Emil N. Levin* and *Elmer M. Leesman* for the Oakridge Cemetery Corporation, and *S. Ashley Guthrie* for the Village of Westchester, appellees.

PER CURIAM.

The motions to dismiss are granted and the appeals are dismissed for want of a substantial federal question.

---

*Together with No. 99, *Odd Fellows Oakridge Cemetery Association et al.* v. *Oakridge Cemetery Corp. et al.*, on appeal from the Supreme Court of Illinois.